UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LAWRENCE MASSEY,<br><br>Defendant. | CASE NO.  MJ25-297<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Sections 922(g)(1) |

BEFORE, Paula L. McCandlis, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

**(Unlawful Possession of a Firearm and Ammunition)**

On or about March 18, 2025, in King County, within the Western District of Washington, RAYMOND LAWRENCE MASSEY, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

      i.    *Assault in the Second Degree with Sexual Motivation*, in Clark County Superior Court, under case number 10-1-01051-3, on or about February 16, 2011;

Complaint - 1
*United States v. Raymond Lawrence Massey*
USAO No. 2025R00574

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a privately manufactured black Polymer80 9mm caliber non-serialized handgun and ammunition, that is, Speer and Luger ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information.

I, John Swiatek, being first duly sworn on oath, depose and say:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. I am a Criminal Investigator/Deputy U.S. Marshal assigned to the Western District of Washington, Seattle Office. I began my employment with the U.S. Marshals Service in May of 2023. Prior to my time as a U.S. Marshal, I served in the U.S. Army as a Military Police Officer for four and a half years. I graduated from the Criminal Investigators Training Program at the Federal Law Enforcement Training Center and the U.S. Marshals Service Training Academy before coming to the Western District of Washington. I am currently assigned to the Pacific Northwest Violent Offender Task Force where one of my responsibilities has been fugitive investigations and apprehensions. I have assisted on many high-risk violent and high-profile fugitive cases resulting in arrest. During my time with the U.S. Marshals, I have used various methods to conduct in-depth and intricate investigations to locate, apprehend, and process wanted persons.

2. My main role with the US Marshals is to assist in the apprehension of persons with warrants for their arrest and to investigate any other crimes related to these arrests or I find as a result of the arrest. This can include drugs, illicit photos and videos, and firearms. I have affected dozens of arrests during my time with the U.S. Marshals, and when I do come across illicit items, I either continue with an investigation, or I contact other agencies with broader authority to investigate further.

Complaint - 2
*United States v. Raymond Lawrence Massey*
USAO No. 2025R00574

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. I make this affidavit in support of this complaint based both on personal knowledge and on information I have obtained from a review of official reports prepared by other law enforcement officers and/or discussions with those officers. Because this affidavit is made for the limited purpose of establishing probable cause to believe the defendant committed the offense alleged above, it does not contain all of my knowledge regarding the surrounding circumstances.

**SUMMARY OF PROBABLE CAUSE**

4. On February 16, 2011, Raymond Lawrence Massey was convicted of Assault in the Second Degree with Sexual Motivation in Clark County Superior Court and sentenced to a minimum term of eighty-one months imprisonment up to lifetime imprisonment followed by up to lifetime supervision with the Department of Corrections (DOC). As a result of this conviction, Massey is ineligible to possess a firearm.

5. On March 18, 2025, I assisted DOC in an operation to arrest Massey for violations of the terms of community custody. The arrest team conducted surveillance outside of Massey's Seattle suspected address and observed Massey's vehicle parked nearby. I positively identified Massey as he exited his residence. Deputy United States Marshall Simon and I identified ourselves to Massey as United States Marshals. Massey fled south before quickly surrendering upon seeing additional law enforcement officers blocking his path of flight.

6. While detained, Massey informed law enforcement of a firearm in the front pocket of his hoodie. SPD Officer Tomlinson removed a privately manufactured black Polymer80 9mm caliber non-serialized handgun with an extended capacity magazine and a red-dot optic from Massey's front pocket hoodie. The magazine contained seventeen rounds.

7. After examining the weapon recovered at the scene of arrest, I was unable to find any component of the pistol that contained a serial number. Furthermore, the rounds removed from the weapon were 9-millimeter pistol rounds bearing the manufacturer stamp

Complaint - 3
*United States v. Raymond Lawrence Massey*
USAO No. 2025R00574

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

from Speer or Luger. I know from training and experience that neither Speer nor Luger ammunition is manufactured in Washington State.

8. On May 13 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Brian Arnold, a certified Interstate Firearms and Ammunition Nexus Expert who has been trained in the recognition of firearms and ammunition and their origin of manufacture, was provided with descriptions of and examined photos of the above-referenced privately manufactured black Polymer80 9mm caliber non-serialized handgun with an extended capacity magazine and a red-dot optic. Based on the photos and descriptions of the handgun, SA Arnold determined the privately manufactured black Polymer80 9mm caliber non-serialized handgun, with an extended capacity magazine, and a red-dot optic meets the definition of a "firearm" under Title 18, United States Code, Section 921(a)(3).

//

//

//

Complaint - 4
*United States v. Raymond Lawrence Massey*
USAO No. 2025R00574

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Based on the above facts, I respectfully submit that there is probable cause to believe that Raymond Lawrence Massey committed Unlawful Possession of a Firearm and Ammunition in violation of Title 18, United States Code, Section 922(g)(1).

I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

JOHN SWIATEK
Deputy United States Marshal
Department of Justice

The above-named law enforcement officer provided a sworn statement to the truth of the foregoing Complaint and Affidavit by teleconference. Based on the contents of this Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 16th day of May, 2025.

PAULA L. MCCANDLIS
United States Magistrate Judge

Complaint - 5
*United States v. Raymond Lawrence Massey*
USAO No. 2025R00574

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970